**\*\* E-filed October 4, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD, <br><br>  Plaintiff, <br><br> v. <br><br> DOES 1-129, <br><br>  Defendants. <br> _____ / | No. C11-03681 HRL <br><br> **CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT, in light of the court's unavailability and the plaintiff's request for a continuance, the initial case management conference, currently set for October 11, 2011, has been continued to **February 14, 2012 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

Dated: October 4, 2011

　　　　　　　　　　　　　　　　　　/s/ AJM
　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

**C11-03681 HRL Notice will be electronically mailed to:**

Brett Gibbs                 blgibbs@wefightpiracy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**