**\*\* E-filed February 7, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br><br>    Plaintiff, <br>  v. <br><br> DOES 1-129, <br><br>    Defendants. | No. C11-03681 HRL <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

It is hereby ordered that, in light of the fact that no defendants have yet been served in this action, the Initial Case Management Conference, currently set for February 14, 2012, is CONTINUED to **May 15, 2012 at 1:30 p.m.**, Courtroom 2, Fifth Floor, 280 South 1st St., San Jose, CA.

**IT IS SO ORDERED.**

Dated: February 7, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-03681 HRL Notice will be electronically mailed to:**

Brett Langdon Gibbs      blgibbs@wefightpiracy.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**